AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
OCT 12 2022
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Miguel Angel OCURA | ) | DR 22- 2468 M |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 10, 2022** in the county of **Maverick** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 554(a) | Whoever fraudulently, or knowingly exports or sends from the United States or attempts to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States. |

This criminal complaint is based on these facts:

On October 10, 2022, U.S. Customs and Border Protection (CBP) Officers encountered Miguel Angel OCURA, U.S. Citizen, as he was departing the United States into Mexico via the Eagle Pass, TX, Port of Entry (POE). A secondary inspection of OCURA's vehicle revealed the following items: empty magazines, loaded magazines, approximately 106 rounds of 9mm ammunition and 175 rounds of .223 ammunition, 7 pistols, 2 AR style rifles, and one silencer. These items were concealed within two speakers in the cab of the truck as well as in the center console and under the back seat. OCURA was read his Miranda warning to which he waived. During a post-Miranda interview with Homeland Security Investigations (HSI), OCURA indicated he knowingly and intentionally concealed the ammunition and several of the firearms in his vehicle for the purpose of transporting the firearms to Mexico. Specifically, OCURA acknowledged two pistols, magazines and ammunition which were concealed in the center console. OCURA also acknowledged the AR style rifle which was located under the rear seat. OCURA stated that he was paid approximately $100 for gas and another $100 for the transport. OCURA further acknowledged that it was illegal to transport the firearms into Mexico and that he had read the signs saying so as he was crossing.

☐ Continued on the attached sheet.

_____
Complainant's signature

Ian Buchanan, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/12/22

_____
Judge's signature

City and state: Del Rio, Texas

United States Magistrate Judge
Printed name and title